# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DARRELL T. PRICE,

  Petitioner,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; GREG DOZIER; COFFEE
CORRECTIONAL FACILITY; WARDEN
HILTON HALL; KEITH W. DAY; JUDGE
R.J. LANE; SHERIFF WILLIAM PRICE;
SHERIFF VICTOR HILL; and CORE CIVIC,

  Respondents.

CIVIL ACTION NO.: 5:18-cv-2

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's April 2, 2018 Report and Recommendation, dkt. no. 5, to which Petitioner did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES without prejudice** Petitioner's case for his failure to prosecute and his failure to follow this Court's Orders, dkt. no. 1, **DISMISSES as moot** Petitioner's Motion for Leave to Proceed in *Forma Pauperis*, dkt. no. 2, and **DENIES** Petitioner leave to appeal in *forma pauperis*. The Court **DIRECTS**

AO 72A
(Rev. 8/82)

the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA